IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No. 7:24cr779 |
| | ) | |
| | ) | 18 U.S.C. § 1343 |
| vs. | ) | 18 U.S.C. § 981(a)(1)(C) |
| | ) | 18 U.S.C. § 982(a)(2)(A) |
| | ) | 28 U.S.C. § 2461(c) |
| JENNIFER L. BENGSTON COOK | ) | |
| | ) | INDICTMENT |

1. That beginning in or about December 2014, and continuing until in or about June 2024, in the District of South Carolina, the Defendant, JENNIFER L. BENGSTON COOK, did knowingly devise a scheme and artifice to defraud and to obtain monies by means of false and fraudulent pretenses, representations, and promises, and during such period, in the course of executing said scheme and artifice, did knowingly transmit and cause to be transmitted in interstate commerce, by means of wire communications, certain electronic signals, such scheme and artifice and such wire communications being more fully set forth below.

## THE SCHEME AND ARTIFICE

2. It was a part of the scheme and artifice to defraud that JENNIFER L. BENGSTON COOK worked for SSRC Inc. ("SSRC") as a bookkeeper.

3. It was a part of the scheme and artifice to defraud that JENNIFER L. BENGSTON COOK would use SSRC's bank account to pay her personal credit card bills.

4. It was further part of the scheme and artifice that JENNIFER L. BENGSTON COOK would pay herself additional compensation without authorization. JENNIFER L. BENGSTON COOK wrote checks to herself from SSRC bank accounts without permission and deposited them into her personal bank account. To disguise her theft, in SSRC's ledger JENNIFER

L. BENGSTON COOK listed the checks as void, and in QuickBooks she listed the checks as either void, paid to other employees, or paid to vendors.

5. If was further part of the scheme and artifice that JENNIFER L. BENGSTON COOK stole over $1.6 million from SSRC.

## COUNTS 1-3

THE GRAND JURY CHARGES:

6. The allegations of paragraphs 1 through 5 of this indictment are alleged herein as setting forth a scheme and artifice to defraud.

7. On each of the dates reflected below, in the District of South Carolina and elsewhere, the Defendant, JENNIFER L. BENGSTON COOK, for the purpose of executing the scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, as described above, did transmit and cause to be transmitted in interstate commerce by means of a wire communication, certain signals, writings, and sounds, that is payments as further set forth below:

| Count | Date | Description |
| --- | --- | --- |
| 1 | 1/3/2022 | A $4,669.71 payment from SSRC's South State Bank account into Defendant's TD bank account. |
| 2 | 2/1/2022 | A $3,368.15 payment from SSRC's South State Bank account into Defendant's TD bank account. |
| 3 | 1/25/2023 | A $4,036 payment from SSRC's South State Bank account into Defendant's TD bank account. |

All in violation of Title 18, United States Code, Section 1343.

## FORFEITURE

WIRE FRAUD:

Upon conviction to violate Title 18, United States Code, Section 1343 as charged in this Indictment, the Defendant, JENNIFER L. BENGSTON COOK, shall forfeit to the United States, any property, real or personal, which constitutes, is traceable to, or is derived from proceeds traceable to such offense.

PROPERTY:

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A), and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offenses charged in this Indictment includes, but is not limited to, the following:

    A.    Proceeds/Forfeiture Judgment:

        A sum of money equal to all proceeds the Defendant obtained directly or indirectly as the result of the offenses charged in this Indictment, that is, a minimum of $1,691,836.31 and all interest and proceeds traceable thereto, and/or such sum that equals all property traceable to her violation of 18 U.S.C. § 1343.

    B.    Real Property:

        319 Scarborough Drive
        Greer, South Carolina 29650
        TMS: 0534.16-01-091.00
        Titled in the names of: Archer William Cook, III and Jennifer Bengston Cook

SUBSTITUTE ASSETS:

If any of the property described above, as a result of any act or omission of a

Defendant:
        a. cannot be located upon the exercise of due diligence;

        b. has been transferred or sold to, or deposited with, a third party;

        c. has been placed beyond the jurisdiction of the court;

        d. has been substantially diminished in value; or

        e. has been commingled with other property which cannot be divided without difficulty.

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the Defendant up to the value of the forfeitable property;

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A), and Title 28, United States Code, Section 2461(c).

A \_\_\_*True*\_\_\_ Bill

REDACTED

FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
William J. Watkins, Jr. (Fed. ID #07863)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.: 864-282-2100
Fax: 864-233-3158
Email: bill.watkins@usdoj.gov